Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 20−12251−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danetia D Welch
   26 Tennyson Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2642

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 8, 2021.

Dated: January 8, 2021
JAN: wir

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 20-12251-MBK

Danetia D Welch                                                                                        Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                   Page 1 of 2
Date Rcvd: Jan 08, 2021                         Form ID: plncf13                           Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danetia D Welch, 26 Tennyson Lane, Willingboro, NJ 08046-3813 |
| 518706269 | | Capial One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 518706271 | | Essex County Employee's FCU, Rickart Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 518806057 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City OK 73118-6051 |
| 518706273 | | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 518706275 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2021 22:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2021 22:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 08 2021 22:13:44 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518717974 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 08 2021 22:13:44 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518722687 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 08 2021 22:16:51 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518706270 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 22:13:35 | Capital One BanK (USA), N.A., PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 518706272 | | Email/Text: bnc-bluestem@quantum3group.com | Jan 08 2021 22:31:00 | Fingerhut, P.O. Box 1250, St. Cloud, MN 56395-1250 |
| 518706274 | | Email/Text: bnc@nordstrom.com | Jan 08 2021 22:29:22 | NORDSTROM, PO Box 79139, Phoenix, AZ 85062-9139 |
| 518706276 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 08 2021 22:13:59 | Regional Acceptance Corp., PO Box 580075, Charlotte, NC 28258-0075 |
| 518725375 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 08 2021 22:13:59 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 08, 2021 | Form ID: plncf13 | Total Noticed: 16 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021          Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Donald C. Goins
on behalf of Debtor Danetia D Welch dcgoins1@gmail.com  G25787@notify.cincompass.com

Jason Brett Schwartz
on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6